In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00427-CV

_____

IN RE ROBERT N. SMITHBACK

Original Proceeding

MEMORANDUM OPINION

In a petition for writ of mandamus, Robert N. Smithback complains the trial court has failed to act on his motions in a lawsuit he filed on July 1, 2014, against two prison officials of the Allan B. Polunsky Unit in Polk County, Texas, and other unidentified officials. Smithback states that in August 2014 he filed an affidavit relating to previous filings and a motion to be bench warranted for a hearing. Smithback complains that the 60th District Court has "failed to adjudicate the documents[.]" Smithback failed to furnish an appendix or record sufficient to support his claim for relief. *See* Tex. R. App. P. 52.3(k), 52.7. Moreover, Smithback has not shown that the trial court failed to perform its ministerial duty

1

to consider and rule on matters properly filed and pending before it within a reasonable time. *See In re Bishop*, No. 12-05-00333-CV, 2005 WL 3147733, at *1 (Tex. App.—Tyler Nov. 23, 2005, orig. proceeding). We deny the petition for writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted on October 15, 2014
Opinion Delivered October 16, 2014

Before McKeithen, C.J., Horton and Johnson, JJ.